**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Betty Louise MAREK, Defendant– Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Dora Garcia Cisneros, Defendant– Appellant.**

**Nos. 98–40568, 98–40955.**

United States Court of Appeals, Fifth Circuit.

Feb. 24, 2000.

Kathlyn Giannaula Snyder (argued), Paula Camille Offenhauser, Asst. U.S. Atty., Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Renata Ann Gowie, Asst. Federal Public Defender (argued), Houston, TX, for Defendant–Appellant Marek.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed,

IT IS FURTHER ORDERED that this cause shall be consolidated for purposes of briefing and argument with No. 98–40955, United States of America vs. Dora Garcia Cisneros. The Clerk will specify a briefing schedule for the filing of supplemental briefs.